NOVEMBER 28, 1986

No. 86–451.   SOHIO ALASKA PETROLEUM CO. v. CIBRO PETRO-
LEUM PRODUCTS, INC.   Temp. Emerg. Ct. App.   Certiorari dis-
missed under this Court's Rule 53.

DECEMBER 1, 1986

No. 86–94.   PIPKIN v. COLORADO.   Appeal from Dist. Ct.
Colo., Arapahoe County, dismissed for want of substantial federal
question.

No. 86–5618.   FRANKLIN v. TENNESSEE.   Appeal from Sup.
Ct. Tenn. dismissed for want of substantial federal question.

No. 86–571.   MENDONCA v. OREGON.   Appeal from Ct. App.
Ore. dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for writ of certiorari,
certiorari denied.

No. 86–586.   HUDSON v. EDGETT ET AL.   Appeal from C. A.
2d Cir. dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for writ of certiorari,
certiorari denied.

No. 86–5587.   PRENZLER v. JONES ET AL.   Appeal from C. A.
9th Cir. dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for writ of certiorari,
certiorari denied.

No. 86–5609.   STEVENSON v. ELUA.   Appeal from Sup. Ct.
Haw. dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for writ of certiorari,
certiorari denied.

No. 86–5633.   SEITU v. CITY OF JACKSON, MISSISSIPPI, ET AL.
Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a petition
for writ of certiorari, certiorari denied.